## MOTION DOCKET

**94–1174.** State v. Mays. *Cuyahoga County*, No. 67262. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's emergency motion to advance case on docket and/or to grant bail pending determination of appeal,

IT IS ORDERED by the court that the emergency motion to advance case on docket be, and the same is hereby, denied.

A.W. SWEENEY, WRIGHT and PFEIFER, JJ., dissent.

IT IS FURTHER ORDERED by the court that bail pending appeal be set at $100,000.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**94–1411.** State v. McPherson. *Cuyahoga County*, No. 63168. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion to suspend sentence and for bond pending appeal,

IT IS ORDERED by the court that the motion to suspend sentence and for bond pending appeal be, and the same is hereby, denied.

PFEIFER, J., dissents and would set bond at $100,000.

*Thursday, July 14, 1994*
## MISCELLANEOUS DISMISSALS

**93–653.** Wozniak v. Summit Cty. Court of Common Pleas, Probate Div. *Summit County*, No. 16015. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. This court granted appellants' request for an extension of time to file a merit brief. Appellants' merit brief was due on June 30, 1994. It appears from the records of this court that appellants have not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**94–240.** Ruhlin Co. v. Roadway Express, Inc. *Summit County*, No. 16174. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.